McLAURIN, Appellant, v. CUBA CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Peter F. McLaurin against the Cuba Company. PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

McLEAN v. GRIOT et al. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by James McLean against George Griot and another. No opinion. Application granted. Order signed.

McMANUS v. McMANUS. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Agnes McManus against Charles E. McManus. No opinion. Motion granted, with $10 costs. Order filed.

McNEILL v. KAMBER. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by James McNeill against Morris Kamber. No opinion. Motion denied on payment of costs, and, on payment of an additional $10, leave given to apply to court below to open default. Order filed.

MADDEN, Appellant, v. MADDEN, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Thomas J. Madden against Emma Madden. No opinion. Judgment affirmed, with costs.

MARSHALL v. JOHNSON. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Elias Marshall against George P. Johnson. No opinion. Application denied, with $10 costs. Order signed.

MARTIN, Appellant, v. SCHLESINGER, Respondent. (No. 1.) (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Joseph Martin against Leo Schlesinger, as receiver of the Federal Bank of New York. No opinion. Judgment affirmed on argument, with costs.

MARTIN, Appellant, v. SCHLESINGER, Respondent. (No. 2.) (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Joseph Martin against Leo Schlesinger, as receiver, etc. No opinion. Judgment affirmed, with costs.

MERTENS, Respondent, v. MERTENS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Laura E. Mertens, as administratrix, against Frederick W. Mertens, Jr., individually, etc., and another. A. I. Elkus, for appellant. R. Foster, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MILBAUR, Respondent, v. LARKIN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Henry Milbaur against Michael Larkin and others. D. Thornton, for appellants. H. Gottlieb, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.

MILLER v. MILLER. THOMPSON, Appellant, v. ERLANGER, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Sarah Miller against Charles G. Miller, and by J. Campbell Thompson against Michael L. Erlanger. L. A. Spalding, for appellant. M. B. Blumenthal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOOT et al., Respondents, v. BAILEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Adelbert Moot and others against Harlow W. Bailey.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the denial set forth in the fourth paragraph of the answer, being a necessary part of the affirmative defense therein alleged, should not have been stricken out. See Douglass v. Phœnix Ins. Co., 138 N. Y. 209, 33 N. E. 938, 20 L. R. A. 118, 34 Am. St. Rep. 448.

SPRING and KRUSE, JJ., dissent.

MORELLO, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Giuseppi Morello against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

MORHARD, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Anna C. Morhard, as administratrix, etc., of Francis Louis Morhard, deceased, against the Richmond Light & Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

MORISON, Respondent, v. AMERICAN TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Roderick Morison against the American Telephone & Telegraph Company. No opinion. Case certified to Fourth Department by reason of the disagreement of judges.

MOTT v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Mary V. Mott against the city of New York. No opinion. Motion granted, with $10 costs to each respondent. Order filed.

MULDOON v. HERREN. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Francis Muldoon against John P. Herren. No opinion. Application denied, with $10 costs. Order signed.

MULLIGAN v. REMINGTON et al. (Supreme Court, Appellate Division, Fourth De-